THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBIN KROHN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC, a corporation,<br><br>Defendant. | Case No. 2:24-cv-00200-TL<br><br>**STIPULATED NOTICE EXTENDING DEADLINES** |

On February 14, 2024, Plaintiff Robin Krohn filed her Complaint (Dkt. # 1) against Defendant Pacific Market International, LLC ("PMI") and served PMI with the summons and Complaint on February 20, 2024. Pursuant to Judge Lin's Standing Order for All Civil Cases, the parties have agreed to an extension of time for PMI to answer or otherwise respond to the Complaint by no later than April 26, 2024. The parties request the Clerk to reset the deadline as noticed.

---

STIPULATED NOTICE EXTENDING DEADLINES
No. 2:24-cv-00200-TL

Shook, Hardy & Bacon, L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600

| | | |
|---|---|---|
| 1 | Dated: March 6, 2024 | Respectfully submitted, |
| 2 | | SHOOK, HARDY & BACON L.L.P. |

By:  /s/ *Steven Rich*
Steven Rich (#48444)
701 Fifth Avenue, Suite 6800
Seattle, WA 98104
Phone: 206-344-7600
Fax: 206-344-3113
srich@shb.com

*Attorneys for Defendant Pacific Market International, LLC*

ARNOLD & PORTER KAYE SCHOLER LLP

James F. Speyer (*pro hac vice* forthcoming)
E. Alex Beroukhim (*pro hac vice* forthcoming)
james.speyer@arnoldporter.com
alex.beroukhim@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

*Attorneys for Defendant
Pacific Market International, LLC*

Dated: March 6, 2024    TOUSLEY BRAIN STEPHENS PLLC

By:  */s/ Jason Dennett*
Jason T. Dennett
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Tel: (206) 621-1158/Fax: (206) 682-2992
jdennett@tousley.com

DOYLE APC
William J. Doyle *
Chris W. Cantrell *
550 West B St, 4th Floor
San Diego, CA 92101
Tele: (619) 736-0000
bill@doyleapc.com
chris@doyleapc.com

- 2 -

STIPULATED NOTICE EXTENDING DEADLINES
No. 2:24-cv-00200-TL

Shook, Hardy & Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600

WHATLEY KALLAS, LLP
Alan M. Mansfield *
16870 W. Bernardo Drive, Suite 400
San Diego, CA 92127
Tele: (619) 308-5034
amansfield@whatleykallas.com

* *Pro Hac Vice Forthcoming*

*Attorneys for Plaintiff*

- 3 -

STIPULATED NOTICE EXTENDING DEADLINES
No. 2:24-cv-00200-TL

Shook, Hardy & Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600