UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBIN KROHN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC, a corporation,<br><br>      Defendant. | CASE NO. 2:24-cv-00200-TL<br><br>ORDER ON STIPULATED MOTION FOR AGREED BRIEFING SCHEDULE |

  This matter is before the Court on the Parties' Stipulated Motion for Agreed Briefing Schedule on Defendant's Motion to Dismiss Or, In the Alternative, Stay All Proceedings. Dkt. No. 37. Having reviewed the relevant record, the Court GRANTS the motion. Defendant's motion to dismiss (Dkt. No. 33) is RENOTED for **April 12, 2024**. Plaintiff SHALL file her response on **April 8, 2024**. Defendant SHALL file its reply on **April 12, 2024**.

  Dated this 4th day of April 2024.

                    Tana Lin
                    United States District Judge